United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 17-17320-amc
Jacqueline J. Edmond-Long   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: May 09, 2018
                  Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
db    +Jacqueline J. Edmond-Long,    120 Madison Road,    Lansdowne, PA 19050-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg    E-mail/Text: bankruptcy@phila.gov May 10 2018 02:49:00    City of Philadelphia,
     City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
     Philadelphia, PA  19102-1595
smg    E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2018 02:48:17
     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
     Harrisburg, PA  17128-0946
smg    +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2018 02:48:58    U.S. Attorney Office,
     c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                           TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
         REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         SHERRI  DICKS    on behalf of Debtor Jacqueline J. Edmond-Long shrdlaw@hotmail.com,
          shrdlaw@outlook.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                            TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jacqueline J. Edmond-Long <br> Debtor | | CHAPTER 13 |
| Ditech Financial LLC <br> Movant <br> vs. | | NO. 17-17320 AMC |
| Jacqueline J. Edmond-Long <br> Debtor | | |
| William C. Miller Esq. <br> Trustee | | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$3,982.86**, which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | January 2018 through April 2018 at $1,319.31/month |
| Suspense Balance: | $1,294.38 |
| **Total Post-Petition Arrears** | **$3,982.86** |

2. The Debtor(s) shall cure said arrearages in the following manner:

    a). Within seven (7) days of the filing of this Stipulation, Debtor(s) shall tender a down payment of **$3,982.86**;

    b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: April 9, 2018

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 4/30/18

Sherri Dicks
Attorney for Debtor

Jacqueline J. E. Loy 4/30/18

Date: 5-1-18

JACK William C. Miller
Chapter 13 Trustee    No objection

Approved by the Court this 8th day of May, 2018. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan