# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17320-AMC

JACQUELINE J EDMOND-LONG

120 MADISON ROAD

LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  JACQUELINE J EDMOND-LONG

  120 MADISON ROAD

  LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

  SHERRI DICKS
  LAW OFFICE OF SHERRI R DICKS
  PO BOX 42251
  PHILADELPHIA, PA 19101

Date: 7/20/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee