*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jacqueline J. Edmond−Long
    Debtor(s)

Case No: 17−17320−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Praecipe to Re−list Confirmation filed by Trustee WILLIAM C. MILLER, Esq..

on: 11/6/18

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/13/18

Timothy B. McGrath
Clerk of Court

33 − 32
Form 167