**IN UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Jacqueline M. Edmond-Long, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankr. #17-17320/AMC |

## CERTIFICATE OF SERVICE

I, Sherri Dicks, Esquire, counsel for the Debtor Jacqueline M. Edmond-Long, hereby certify that on this 6th day of November 2018, a copy of the foregoing Debtor's Third Amended Plan was served upon the following parties on the below service list via electronic and/or first class mail, postage prepaid:

**Service List**

Andrew C. Varra
Acting United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA   19107

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA   19106

Anthony Renzi
Chief Executive Officer
Ditech Financial, LLC,
f/k/a Greentree Servicing, LLC
P.O. Box 6154
Rapid City, SD   57709-6154

Shraddha Bharatia
Claims Administrator
Capital One, N.A.
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Paula B. Lazatin
Bankruptcy Representative
PRA Receivables Management, LLC
Portfolio Recovery Associates (Home Depot)
P.O. Box 41067
Norfolk, VA   23541

John Lindinger
Manager, Insolvency Group 1
Department of the Treasury
Internal Revenue Service
600 Arch Street, Room 5200
Philadelphia, PA   19106

Brian T. Moynihan
President and CEO
Bank of America
100 N. Tryon Street, Suite 170
Charlotte, NC 28202-4024

Jacqueline Edmond-Long
120 Madison Road
Lansdowne, PA   19050

/s/ Sherri Dicks