Certificate Number: 03788-PAE-DE-031858846

Bankruptcy Case Number: 17-17320



03788-PAE-DE-031858846

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 5, 2018</u>, at <u>8:51</u> o'clock <u>AM EST</u>, <u>Jacqueline Edmond-Long</u> completed a course on personal financial management given <u>by internet</u> by <u>Alliance Credit Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 5, 2018</u>

By:  <u>/s/Jamica Jones</u>

Name:  <u>Jamica Jones</u>

Title:  <u>Accredited Credit Counselor</u>