**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Jacqueline M. Edmond-Long, | : : : | Chapter 13
Bankr. #17-17320/AMC |
| Debtor. | | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Law Offices of Sherri R. Dicks, P.C., and Sherri Dicks, Esquire have filed a Motion to Withdraw as counsel to the Debtor.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

1.   If you do not want the court to take the action requested, or if you want the court to consider your views on the Motion, then on or before **December 18, 2018**, you or your attorney must:

(a)   File an answer explaining your position at
Office of the Clerk
United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA   19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

(b)   mail a copy to debtor(s) attorney:

Sherri R. Dicks, Esquire
Law Offices of Sherri R. Dicks, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA   19102

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled to be held before the **Honorable Ashley M. Chan on February 5, 2019** at **10:00 A.M.** in **Courtroom No. 4**, **United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107-4299.**

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: December 2, 2018