Chex Systems, Inc.
Attn: Consumer Relations
7805 Hudson Road, Suite 100
Woodbury, MN   55125

PNC Bank, N.A.
Attn: Bankruptcy Dept
P.O. Box 489909
Charlotte, NC   28269-532