**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Jacqueline M. Edmond-Long, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankr. #17-17320/AMC |
| | : | |

**ORDER**

**AND NOW**, this 13th day of March, 2019, after Notice and Hearing, it is

**ORDERED** that the Law Offices of Sherri R. Dicks, P.C., and Sherri Dicks, Esquire is

discharged as counsel to the referenced Chapter 13 Debtor and permitted to withdraw as counsel

to Debtor Jacqueline M. Edmond-Long in these proceedings, effective immediately.

All applications for allowances of administrative expenses (including allowance of

professional fees) shall be paid within twenty days of this Order.

Discharged Counsel for the Debtor(s) shall serve this Order by first class mail, postage

prepaid, on all interested parties within five (5) days of the entry of this Order.  Discharged

Counsel shall file a certification of service confirming that such service has been affected within

fifteen (15) days of the entry of this Order.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE