United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-17320-amc
Jacqueline J. Edmond-Long                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore           Page 1 of 1           Date Rcvd: Mar 14, 2019
                          Form ID: pdf900           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db         +Jacqueline J. Edmond-Long,    120 Madison Road,    Lansdowne, PA 19050-2113
aty        +Sherri Dicks,    Law Offices of Sherri R. Dicks, P.C.,    P.O. Box 42251,
             Philadelphia, PA 19101-2251
14005543   +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
14030718    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14005544   +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
14005549   +Law Offices of Sherri Dicks, P.C.,    P.O. Box 42251,    Philadelphia, PA 19101-2251
14005550   +TD Bank USA / Target Credit,    P.O. Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:23     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:23
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:15     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy.bnc@ditech.com Mar 15 2019 03:31:08
             Ditech Financial LLC f/k/a Green Tree Servicing LL,    PO Box 6154,
             Rapid City, SD  57709-6154
14005545    +E-mail/Text: bankruptcy.bnc@ditech.com Mar 15 2019 03:31:08     Ditech Financial LLC,
             P.O. Box 6172,    Rapid City, SD 57709-6172
14017228     E-mail/Text: bankruptcy.bnc@ditech.com Mar 15 2019 03:31:08
             Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
14005546    +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Mar 15 2019 03:31:04     Freedom Credit Union,
             626 Jacksonville Road, Suite 250,    Warminster, PA 18974-4862
14005548    +E-mail/Text: bncnotices@becket-lee.com Mar 15 2019 03:31:01     Kohl's/Capone,   P.O. Box 3115,
             Milwaukee, WI 53201-3115
14024398     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 03:34:40
             Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14068799    +E-mail/Text: bncmail@w-legal.com Mar 15 2019 03:32:04     TD Bank USA, N.A.,
             C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14005547       Internal Revenue Service,   Department of the Treasury
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          SHERRI   DICKS    on behalf of Debtor Jacqueline J. Edmond-Long shrdlaw@hotmail.com,
           shrdlaw@outlook.com
          SHERRI   DICKS    on behalf of Attorney Sherri  Dicks shrdlaw@hotmail.com, shrdlaw@outlook.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Jacqueline M. Edmond-Long, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankr. #17-17320/AMC |

**ORDER**

**AND NOW**, this 13th day of March, 2019, after Notice and Hearing, it is

**ORDERED** that the Law Offices of Sherri R. Dicks, P.C., and Sherri Dicks, Esquire is discharged as counsel to the referenced Chapter 13 Debtor and permitted to withdraw as counsel to Debtor Jacqueline M. Edmond-Long in these proceedings, effective immediately.

All applications for allowances of administrative expenses (including allowance of professional fees) shall be paid within twenty days of this Order.

Discharged Counsel for the Debtor(s) shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Discharged Counsel shall file a certification of service confirming that such service has been affected within fifteen (15) days of the entry of this Order.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE