United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17320-amc
Jacqueline J. Edmond-Long                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Mar 31, 2020
                             Form ID: 138NEW           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db            +Jacqueline J. Edmond-Long,    120 Madison Road,    Lansdowne, PA 19050-2113
aty           +Sherri Dicks,   Law Offices of Sherri R. Dicks, P.C.,    P.O. Box 42251,
                Philadelphia, PA 19101-2251
14005543      +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
14030718       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14397718       Ditech Financial LLC,    C/o Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
                One Penn Center Plaza,    Philadelphia, PA 19103
14005549      +Law Offices of Sherri Dicks, P.C.,     P.O. Box 42251,    Philadelphia, PA 19101-2251
14464146       New Residential Mortgage LLC,     P.O. Box 10826,    Greenville, SC 29603-0826
14005550      +TD Bank USA / Target Credit,    P.O. Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Apr 01 2020 04:07:07    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 01 2020 04:06:56
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 01 2020 04:07:06    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy.bnc@ditech.com Apr 01 2020 04:06:51
                Ditech Financial LLC f/k/a Green Tree Servicing LL,    PO Box 6154,
                Rapid City, SD 57709-6154
14005545      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 01 2020 04:06:51    Ditech Financial LLC,
                P.O. Box 6172,    Rapid City, SD 57709-6172
14017228       E-mail/Text: bankruptcy.bnc@ditech.com Apr 01 2020 04:06:51
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
14005546      +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Apr 01 2020 04:06:50    Freedom Credit Union,
                626 Jacksonville Road, Suite 250,    Warminster, PA 18974-4862
14005544       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 01 2020 04:07:48    Chase Card,
                P.O. Box 15298,    Wilmington, DE 19801
14005548      +E-mail/Text: bncnotices@becket-lee.com Apr 01 2020 04:06:48    Kohl's/Capone,    P.O. Box 3115,
                Milwaukee, WI 53201-3115
14024398       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2020 04:08:14
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14068799      +E-mail/Text: bncmail@w-legal.com Apr 01 2020 04:07:04    TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                 TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14005547       Internal Revenue Service,    Department of the Treasury
                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
              ecfemails@ph13trustee.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Mar 31, 2020
                             Form ID: 138NEW          Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 6

## *UNITED STATES BANKRUPTCY COURT*
## *EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jacqueline J. Edmond−Long

               Debtor(s)

Bankruptcy No: 17−17320−amc

Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 3/31/20

64 − 63
Form 138_new
